### APPEARANCES OF COUNSEL

*Law Offices of Isaac M. Zucker, PLLC,* Garden City (*Barry M. Bordetsky* of counsel), for appellant.

*Alonso, Andalkar & Kahn, P.C.,* New York City (*Erin E. Mac Avoy* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, with costs, petition denied in its entirety and respondent's cross motion, insofar as it sought to confirm the arbitrator's award to him of $48,000, granted. Petitioner Lehman Brothers failed to meet its heavy burden to vacate the arbitration award on respondent Cox's counterclaim.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.

In the Matter of GERARD AMEDIO, Appellant, v ALAN HEVESI, as Comptroller of the State of New York, Respondent.

Submitted February 4, 2008; decided February 14, 2008

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of ANONYMOUS, an Attorney.

Submitted January 7, 2008; decided February 14, 2008

Motion for reargument denied [*see* 9 NY3d 980 (2007)].

In the Matter of CITY OF NEW YORK, Appellant, Relative to the Melrose Commons Urban Renewal Area, Phase II. KAISER WOODCRAFT CORP., Respondent.

Submitted December 24, 2007; decided February 14, 2008

Motion by the New York State Urban Development Corporation doing business as Empire State Development Corporation

for leave to file a submission amicus curiae on the appeal herein granted and the submission is accepted as filed.

In the Matter of CITY OF NEW YORK, Appellant, Relative to the Melrose Commons Urban Renewal Area, Phase II. KAISER WOODCRAFT CORP., Respondent.

Submitted December 24, 2007; decided February 14, 2008

Motion by the Port Authority of New York and New Jersey for leave to file a letter brief amicus curiae on the appeal herein granted and the letter brief is accepted as filed.

FAIR PRICE MEDICAL SUPPLY CORP., as Assignee of CESAR NIVELO, Respondent, v TRAVELERS INDEMNITY COMPANY, Appellant.

Submitted February 11, 2008; decided February 14, 2008

Motion by New York Central Mutual Fire Insurance Company et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

JOAN HAYMON, Individually and as Mother and Natural Guardian of L.H., an Infant, Appellant, v DONALD J. PETTIT et al., Defendants, and AUBURN COMMUNITY NON-PROFIT BASEBALL ASSOCIATION, INC., Respondent.

Submitted December 31, 2007; decided February 14, 2008

Motion for reargument denied [see 9 NY3d 324 (2007)].

LANDAU, P.C., as Successor, by Change of Name, to MORRIS J. EISEN, P.C., et al., Appellants, v LAROSSA, MITCHELL & ROSS, et al., Respondents.

Submitted December 24, 2007; decided February 14, 2008

Motion to dismiss the appeal herein denied.